IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WINSTON KEITH GOFORTH,

            Plaintiff

VS.

WARDEN TYDUS MEADOWS, *et al.*,

            Defendants

NO. 5: 02-CV-94 (HL)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

# O R D E R

Appearing this day before the undersigned for a conference pursuant to the court's order of September 28, 2005, were Ms. Sarah Geraghty representing plaintiff WINSTON KEITH GOFORTH, and Mr. William Tinkler, Jr. and Ms. Hillary A. Hague representing the defendants. Upon consideration of the remarks of counsel and of motions pending before the court,

**IT IS ORDERED AND DIRECTED:**

(1) that plaintiff's request to reopen discovery (See Tab #66) is GRANTED to the extent that *all* parties shall have **NINETY (90) DAYS** from the date of this order in which to conduct and complete discovery; and,

(2) that plaintiff's **MOTION TO AMEND COMPLAINT AND ADD PARTIES** (Tab #69) is GRANTED but *only to the extent* that the court will at this time permit the plaintiff to add **JOSEPH PARIS, M.D.,** as a party defendant. Since no other parties are to be added at this time, the proposed amendment is *not* allowed; counsel for the plaintiff is instructed to recast her proposed amendment so that it has deleted therefrom allegations against proposed defendants other than Dr. Paris. Counsel for the plaintiff is directed to serve a copy of her proposed amendment upon counsel for the defendants for the purpose of having an acknowledgment of service and such a response as may be appropriate filed by counsel on behalf of Dr. Paris.[1]

---

[1] Mr. Tinkler indicated at the hearing that he would acknowledge service on behalf of Dr. Paris.

SO ORDERED AND DIRECTED, this 12th day of OCTOBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE