IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WINSTON KEITH GOFORTH,<br><br>            Plaintiff<br><br>    VS.<br><br>TYDUS MEADOWS, *et al.*,<br><br>            Defendants | **NO. 5: 02-CV-94 (HL)**<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION OF DISMISSAL

On January 11, 2006, the plaintiff and defendants in the above-captioned case filed a **JOINT MOTION TO DISMISS** defendants TYDUS MEADOWS and FERRELL THOMPSON from the action. Tab #86.

Accordingly, IT IS RECOMMENDED that the **JOINT MOTION TO DISMISS** (Tab #86) be **GRANTED** and that defendants MEADOWS and THOMPSON be dismissed from this action *with prejudice*. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof..

SO RECOMMENDED, this 13th day of JANUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE