# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**WINSTON KEITH GOFORTH,**    :
                              :
    Plaintiff,             :
                              :
v.                            :   Civil Action No. 5:02-cv-94-1(HL)
                              :
**WARDEN TYDUS MEADOWS,**     :
**et al.,**                   :
                              :
    Defendants.            :
_____

## ORDER

This matter is before the Court on the Recommendation of Dismissal entered January 13, 2006 [Doc 87]. The Recommendation having been made pursuant to a Joint Motion to Dismiss, and no objections to the Recommendation having been filed, the same is hereby accepted by the Court. Defendants Tydus Meadows and Ferrell Thompson are hereby dismissed with prejudice.

**SO ORDERED**, this the 19th day of June, 2006.

                                        **s/    Hugh Lawson**
                                        **HUGH LAWSON, JUDGE**

mls